FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2014

No. 04-13-00531-CV

Roger L. **LOTT**,
Appellant

v.

First **BANK**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 372518
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:       Catherine Stone, Chief Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

Appellant, Roger L. Lott, filed his "Amended Briefing" on January 8, 2014. The brief does not comply with the requirements of the Texas Rules of Appellate Procedure in the following respects:

(1) the brief does not contain a table of contents, TEX. R. APP. P. 38.1(b);
(2) the brief does not contain an index of authorities, TEX. R. APP. P. 38.1(c);
(3) the brief does not include a statement of the nature of the case and the course of the proceedings, supported by references to the record, TEX. R. APP. P. 38.1(d);
(4) the brief does not state concisely all issues or points presented for review, TEX. R. APP. P. 38.1(f);
(5) the brief does not contain a statement of facts supported by references to the record, TEX. R. APP. P. 38.1(g);
(6) the brief does not contain a summary of the argument, TEX. R. APP. P. 38.1(h);
(7) the brief does not include a clear and concise argument for the contentions made with appropriate citations to authorities and to the record, TEX. R. APP. P. 38.1(i);
(8) the brief does not include an appendix containing the items specified in Rule 38.1(k), TEX. R. APP. P. 38.1(k); and

(9) the brief does not contain a certificate of service, as required by Rule 9.5, acknowledging that appellant served a copy of the document on all parties to the proceeding. TEX. R. APP. P. 9.5(a),(d),(e).

Appellant is advised that as a pro se litigant, he must comply with all applicable procedural rules, and is held to the same standards as a licensed attorney. *Paselk v. Rabun*, 293 S.W.3d 600, 611 (Tex. App.—Texarkana 2009, pet. denied); *Sweed v. City of El Paso*, 346 S.W.3d 679, 680 (Tex. App.—El Paso 2009, pet. denied). A pro se litigant is required to properly present his case on appeal. *Sweed*, 346 S.W.3d at 680.

Although only substantial compliance with Rule 38 is required, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates rule 38.1. *See* TEX. R. APP. P. 38.9(a). The court has determined that the brief defects described above constitute flagrant violations of Rule 38.1.

Accordingly, we **order** Roger L. Lott to file a redrawn brief by **January 28, 2014**. If the redrawn brief does not comply with this order and correct the deficiencies listed above, we "may strike the brief, prohibit [appellant] from filing another, and proceed as if [appellant] had failed to file a brief." *See* TEX. R. APP. P. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss appeal if appellant fails to timely file brief).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court